IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| YAQUAN LAVETT SANDY CHAPMAN, : : : | |
| Petitioner, : : | |
| VS. : : : | NO. 5:24-cv-150-CAR-MSH |
| STATE OF GEORGIA, : : | |
| Respondent : | |

## ORDER

Petitioner Yaquan Lavett Sandy Chapman, a state prisoner incarcerated in Telfair State Prison, in Helena, Georgia, filed a letter in which he explains that he did not want to file a habeas corpus action at this time because he is still in the process of exhausting available state remedies.  ECF No. 4.  Under the Federal Rules of Civil Procedure, Petitioner is entitled to a voluntary dismissal without prejudice as a matter of right. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Petitioner's habeas petition is accordingly **DISMISSED without prejudice**.

**SO ORDERED**, this 20th day of June, 2024.

s/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

1