IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| YAQUAN LAVETT SANDY CHAPMAN, | * |
| Petitioner, | * |
| v. | Case No.   5:24-cv-00150-CAR-MSH |
| | * |
| **STATE OF GEORGIA**, | |
| Respondent. | * |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 20, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 20th day of June, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk